**No. 11-7227. Michael Hense, Petitioner v. Latia W. Martin, et al.**

565 U.S. 1161, 132 S. Ct. 1098, 181 L. Ed. 2d 985, 2012 U.S. LEXIS 835.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 417 Fed. Appx. 83.